KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143                    **E-filed 1/18/07**
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| NATALIYA DZEGILENKO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 06-6983 JF |
| | ) | |
| v. | ) | |
| | ) | |
| Department of Homeland Security, MICHAEL | ) | **STIPULATION TO DISMISS AND** |
| CHERTOFF, Secretary; U.S. Attorney General, | ) | **[PROPOSED] ORDER** |
| ALBERTO GONZALES; United States Citizenship | ) | |
| and Immigration Services, EMILIO T. GONZALES, | ) | |
| Director; United States Citizenship and Immigration | ) | |
| Services, ALFONSO AGUILAR, Chief; United | ) | |
| States Citizenship and Immigration Services, | ) | |
| DAVID STILL, District Director, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

action without prejudice in light of the fact that the United States Citizenship and Immigration

Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to

adjudicate such application within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

///

///

Stip. to Dismiss
C 06-6983 JF

1   Date: January 3, 2007            Respectfully submitted,

2                                   KEVIN V. RYAN

3                                   United States Attorney

4

5                                       /s/

                                      EDWARD A. OLSEN

6                                     Assistant United States Attorney

                                      Attorneys for Defendants

7

8

9                                       /s/

   Date: January 3, 2007             MONICA KANE

10                                       Attorney for Plaintiff

11

12                                 **ORDER**

13          Pursuant to stipulation, IT IS SO ORDERED.

14

15    Date:      1/18/07

                                      JEREMY FOGEL

16                                       United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28